IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARYANN ANDERSON, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BOARD OF SCHOOL DIRECTORS )<br>OF THE MILLCREEK TOWNSHIP )<br>SCHOOL DISTRICT, et al., )<br>)<br>Defendants. ) | Case No. 1:07-cv-111-SJM |

## ORDER OF JUDGMENT

AND NOW, to wit, this 26th Day of March, 2013, for the reasons set forth in the Memorandum Opinion [286],

IT IS ORDERED that the motion for summary judgment filed on behalf of Defendants Maynard and Sullivan [175] and the Supplemental Motion for Summary Judgment filed on behalf of Rebecca Mancini [268] shall be, and hereby are, GRANTED.[1]

In accordance with the foregoing, IT IS FURTHER ORDERED that JUDGMENT shall be, and hereby is, entered in favor of Defendants Dean Maynard, Susan Sullivan, and Rebecca Mancini and against Maryann Anderson as to Counts 1, 3, and 4 of the Second Amended Complaint.

                         s/      <u>SEAN J. McLAUGHLIN</u>

                                 Sean J. McLaughlin
                                 United States District Judge

cm: All counsel of record.

---

[1] Inasmuch as Mancini's original motion for summary judgment [177] was superseded by and incorporated by reference into her supplemental summary judgment motion, Mancini's original motion for summary judgment is hereby denied as moot.